UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LYDIA SUZANNE
BARON-KLASK,

Plaintiff,

v.

CLARKSTON COMMUNITY
SCHOOL DISTRICT and SHRINE
OF THE LITTLE FLOWER
BASILICA,

Defendants.
_________________________________/

Case No. 2:26-cv-12409
District Judge Matthew F. Leitman
Magistrate Judge Kimberly G. Altman

**ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SUBMIT DISCOVERY PLAN (ECF No. 14)**

This is an employment case. Plaintiff Lydia Suzanne Baron-Klask, proceeding *pro se*, filed a complaint against the Clarkston Community School District (CCSD) and the Shrine of the Little Flower Basilica (Shrine) alleging sex discrimination and Equal Pay Act violations. *See* ECF No. 1. Under 28 U.S.C. § 636(b)(1), all pretrial matters have been referred to the undersigned. (ECF No. 10). Shrine and CCSD have filed answers to the complaint (ECF Nos. 9, 12), and the parties were ordered to submit a joint discovery plan by October 20, 2026 (ECF No. 13). However, on October 15, 2026, Baron-Klask filed a motion for extension of time to submit the discovery plan, which is now before the Court. (ECF No.

14).

Under Federal Rule of Civil Procedure 6(b)(1)(A), the Court may, for good cause, extend a deadline "with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." Baron-Klask filed her motion for extension before the discovery plan was due, and for good cause states that it has been difficult for her to schedule time to meet with opposing counsel. (*Id.*, PageID.140). She also states that she may be in the process of obtaining counsel and that her potential counsel also had an unexpected schedule conflict. (*Id.*). Further, she says that counsel for defendants does not oppose the motion. (*Id.*).

The undersigned finds that Baron-Klask has shown good cause for an extension, but not for the full time that she seeks, which is 41 days from the original deadline. A discovery plan is a relatively routine filing and is required before discovery can begin. Therefore, the deadline for the parties to file a discovery plan is extended to **November 10, 2026**.

SO ORDERED.

Dated: October 20, 2026
Detroit, Michigan

s/Kimberly G. Altman
KIMBERLY G. ALTMAN
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 20, 2026.

s/Dru Jennings
DRU JENNINGS
Case Manager